IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS R. LOMBARDO**, | : CIVIL ACTION NO. 1:06-CV-1934 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **COMMONWEALTH OF PENNSYLVANIA BOARD OF PROBATION & PAROLE**, et al., | : |
| **Defendants** | : |

## ORDER

AND NOW, this 25th day of October, 2006, upon consideration of plaintiff's motion (Doc. 9) for appointment of counsel,[1] and it appearing that the resolution of plaintiff's claims under 42 U.S.C. § 1983 neither implicates complex legal or factual issues nor requires significant factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to a request for counsel),[2] it is hereby ORDERED that the motion (Doc. 9) is DENIED. If further proceedings demonstrate the need for counsel, the matter may be reconsidered either *sua sponte* or upon motion of plaintiff. See id. at 156.

  S/ Christopher C. Conner
  CHRISTOPHER C. CONNER
  United States District Judge

---

[1] The court assumes, for the purpose of ruling on the motion, that plaintiff's claim has an arguable basis in law and fact.

[2] See also Tabron, 6 F.3d at 153 ("[Indigent civil] litigants have no statutory right to appointed counsel.").